Michael D. Stanger, Esq.
Nevada Bar No. 8272
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, UT 84111
Telephone: (801) 532-7080
Facsimile: (801) 323-2090
Email : mstanger@strongandhanni.com

Chet A. Glover, Esq.
Nevada Bar No. 10054
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: cag@slwlaw.com

*Attorneys for Defendants, The MDA, LLC,
Santa Fe Acoustics, LLC and Duaine Salazar*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEN MATERIALS OF NEVADA, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MDA, LLC, a Utah Limited Liability Company; SANTA FE ACOUSTICS, LLC, an Arizona Limited Liability Company; DUAINE SALAZAR, an individual; ROE CORPORATIONS 1 through 20, inclusive; and DOES 1 through 20, inclusive,<br><br>Defendants. | **MOTION FOR PERMISSION TO ATTEND HEARING TELEPHONICALLY**<br><br>Case No. 2:17-cv-01687-JAD-VCF<br><br>Judge Jennifer A. Dorsey |

Defendants The MDA, LLC; Santa Fe Acoustics, LLC; and Duaine Salazar (the Defendants), by and through counsel, hereby move for permission to attend upcoming hearing telephonically.

1. Defendants removed this case to federal court on June 16, 2017.

2. By virtue of FED. R. CIV. P. 81(c)(2)(C), Defendants' deadline to respond to the Complaint was 7 days after filing the notice of removal.

3. Although Defendants made a good faith request that Plaintiff stipulate to a 14-day extension, Plaintiff has declined to stipulate to the requested extension.

4. Defendants then moved this court for a 14-day extension pursuant to FED. R. CIV. P. 7, LR 7-2, and LR IA 6-1.

5. On June 27, 2017, this court ordered that the Motion for Extension of Time to Answer or Otherwise Respond to Complaint be heard at 10:00 AM, July 5, 2017.

6. Defendants' local Nevada co-counsel, Chet Glover, is unavailable to attend the July 5, 2017 hearing.

7. Defendants' co-counsel, Michael Stanger, a Nevada licensed attorney, is located in Utah.

8. Considering the anticipated short length of time necessary to argue this Motion, the added complications of following a long holiday weekend, and the high costs associated with travel to Nevada, Defendants respectfully request that Defendants' counsel, Michael Stanger, be permitted to attend the July 5, 2017 hearing by telephone.

9. LR 1-1(b) specifically encourages parties to litigation to reduce costs by appearing before magistrate judges via telephone.

WHEREFORE, for all the foregoing reasons, Defendants respectfully request that the Court allow Defendants' counsel to attend the July 5, 2017 hearing telephonically.

DATED this 29th day of June, 2017.

STRONG & HANNI, PC

/s/ *Michael D. Stanger*
Michael D. Stanger
*Co-counsel for Defendants, The MDA, LLC,*
*Santa Fe Acoustics, LLC and Duaine Salazar*

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-29-2017

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June, 2017, a true and correct copy of the Foregoing **MOTION FOR PERMISSION TO ATTEND HEARING TELEPHONICALLY** was served by the method indicated below to the following:

| | |
|---|---|
| Chet A. Glover, Esq.<br>SMITH LARSEN & WIXOM<br>1935 Village Center Circle<br>Las Vegas, NV 89134 | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>(X) Electronic E-File<br>( ) Facsimile |
| Becky A. Pintar, Esq.<br>Bryan L. Albison, Esq.<br>PINTAR ALBISTON LLP<br>6053 S. Fort Apache Road, #120<br>Las Vegas, NV 89148 | ( ) U.S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>(X) Electronic E-File<br>( ) Facsimile |

*/s/ Adriana Garcia*
_____